1  ALICE BROWN _____ (Full Name)
2  751 2ND ST #60 _____ (Address Line 1)
3  CRESCENT CITY, CA 95531 _____ (Address Line 2)
4  (707) 218-6181 _____ (Phone Number)
5  Plaintiff in Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ALICE BROWN, ) Case No.: EDCV19-01013 (GJS)
   Plaintiff,    )    (To be supplied by the Clerk)
   vs.           )
COUNTY OF SAN BERNARDINO, ) Civil Rights Complaint Pursuant to
SAN BERNARDINO COUNTY      ) 42 U.S.C. § 1983 (non-prisoners)
SHERIFF'S DEPARTMENT,      )
MARKE MCCRACKEN,           ) Jury Trial Demanded: ☒ Yes ☐ No
   Defendant(s). )

*(All paragraphs and pages must be numbered.)*

### I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

### II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because A SUBSTANTIAL PART OF THE EVENTS I AM SUING ABOUT HAPPENED IN THIS DISTRICT.

## III. PARTIES

3. Plaintiff ALICE BROWN resides at:
   *(your full name)*

   751 2ND ST #60 CRESCENT CITY, CA 95531
   *(your address)*

   *(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant COUNTY OF SAN BERNARDINO works at
   *(full name of Defendant)*
   COUNTY OF SAN BERNARDINO CLERK OF THE BOARD
   385 N. ARROWHEAD AVE 2ND FLOOR SAN BERNARDINO, CA 92415
   *(Defendant's place of work)*

   Defendant's title or position is COUNTY
   *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):
   ☑ individual capacity          ☑ official capacity

   This Defendant was acting under color of law because: THE COUNTY OF SAN BERNARDINO DERIVE IT'S AUTHORITY FROM THE STATE.

5. Defendant SAN BERNARDINO COUNTY SHERIFFS DEPARTMENT works at
   *(full name of Defendant)*
   655 EAST 3rd STREET SAN BERNARDINO, CA 92415
   *(Defendant's place of work)*

   Defendant's title or position is SHERIFFS DEPARTMENT
   *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):
   ☑ individual capacity          ☑ official capacity

   This Defendant was acting under color of law because: SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT DERIVE IT'S AUTHORITY FROM THE STATE.

2
Page Number

Pro Se Clinic Form

6. Defendant __MARKE McCRACKEN__ works at __SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT 655 EAST 3rd STREET SAN BERNARDINO, CA 92415__.

Defendant's title or position is __DEPUTY SHERIFF__.

This Defendant is sued in his/her (check one or both):

☒ individual capacity        ☒ official capacity

This Defendant was acting under color of law because __MARKE McCRACKEN ACTED IN AN OFFICIAL, GOVERNMENT CAPACITY, CLOTHED WITH THE AUTHORITY OF THE STATE.__

___. Defendant _____ works at _____.

Defendant's title or position is _____.

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☐ official capacity

This Defendant was acting under color of law because _____

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

7. On September 30, 2018, defendant Marke McCracken conspired with County Counsel Blakney Boggs (for the County of San Bernardino) and Detective Andrew Montbriand to commit perjury and obstruction of justice when he signed his name to a declaration of Marke McCracken prepared by Blakney Boggs in support of defendants' opposition to plaintiff's motion for summary judgment filed 10/1/18.

8. Defendant Marke McCracken, Blakney Boggs, and Andrew Montbriand, in collusion with each other, maliciously used the perjured declaration and fabricated evidence to influence the district court judge Dale Fischer to rule against plaintiff Alice Brown in her motion for summary judgment, thereby committing fraud, fraud upon the court, and obstruction of justice.

9. Blakney Boggs admitted over the phone to Alice Brown on December 21, 2018 that she had prepared the declaration of Marke McCracken and presented it to Mark McCracken for his signature. Blakney Boggs, Mark McCracken, and Andrew Montbriand all conspired against Alice Brown in order to prevent Judge Fischer from granting Brown's motion for summary judgment as a matter of law in an attempt to shield themselves from liability and monetary damages to Alice Brown.

4

Pro Se Clinic Form                    Page Number

10. THE PLAINTIFF ALICE BROWN FILED A CIVIL RIGHTS COMPLAINT ON FEBRUARY 6, 2013 ENTITLED ALICE BROWN v COUNTY OF SAN BERNARDINO, et al., CASE NO: EDCV 13-0130 DSF. THE DECLARATION OF MARKE McCRACKEN WAS PREPARED FOR THAT CASE WHICH ALLEGES THAT THOSE DEFENDANTS VIOLATED BROWN'S 4th AND 14th AMENDMENT RIGHTS WHEN THEY SEIZURED HER 7 YEAR OLD SON AT HIS ELEMENTARY SCHOOL WITHOUT A COURT ORDER OR EMERGENCY NEED.

11. DEFENDANTS IN UNDERLYING CASE HAD ORIGINALLY CLAIMED THAT THEY SHOULD BE IMMUNED FROM SUIT IN A MOTION FOR SUMMARY JUDGMENT ALLEGING EXIGENT CIRCUMSTANCES EXISTED DUE TO THE CONDITION OF PLAINTIFF ALICE BROWN'S HOME. THE COURT DISAGREED AND DENIED THEIR MOTION. THREE YEARS LATER THE DEFENDANTS FABRICATED EVIDENCE BY WAY OF DECLARATIONS NOW ALLEGING BEHAVIOR OF ALICE BROWN WAS THE EXIGENT CIRCUMSTANCES TO JUSTIFY THE SEIZURE.

12. ALICE BROWN ADAMANTLY DENIES DEFENDANT MARKE McCRACKEN ALLEGATIONS OF BAD BEHAVIOR AT HER SON'S SCHOOL. BROWN WAS COOPERATIVE AND WAS DENIED HER SON AFTER THE INTERVIEW. AT THAT TIME BROWN ASSERTED HER PARENTAL RIGHTS AND WAS DEPRIVED OF THOSE RIGHTS. BROWN GAVE WRITTEN NOTICE TO HER TWIN SISTER BARBARA BROWN TO OBTAIN CUSTODY OF HER SON FROM THE POLICE. (SEE EXHIBIT A). THE POLICE REFUSED TO SURRENDER CUSTODY TO BARBARA.

5
Pro Se Clinic Form          Page Number

## V. CLAIMS

### Claim #1

13. Plaintiff realleges and incorporates by reference all of the paragraphs above.

14. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right:
THE RICO ACT  18 U.S.C. § 1961
RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

15. The above civil right was violated by the following Defendants:
COUNTY OF SAN BERNARDINO
SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
MARKE McCRACKEN

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

16. COUNTY OF SAN BERNARDINO, ANDREW MONTBRIAND, AND MARKE McCRACKEN CONSPIRED TO COMMIT PERJURY WHEN THEY PREPARED AND SIGNED DECLARATIONS WITH FALSE ALLEGATIONS TO COVER UP THE FACT THAT THEY KIDNAPPED PLAINTIFF'S 7 YEAR OLD SON ON JANUARY 24, 2011. THEY HAD NO COURT ORDER, NO CONSENT FROM PLAINTIFF, AND NO EXIGENT CIRCUMSTANCES.

17. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way:
- DENIED JUSTICE
- DEFAMATION OF CHARACTER
- LIBEL
- PERMANENT LOSS OF ENJOYMENT OF LIFE

6

Pro Se Clinic Form             Page Number

## Claim #(2)

18. Plaintiff realleges and incorporates by reference all of the paragraphs above.

19. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right:

MONELL CLAIM 42 U.S.C. §1983

MONELL V. DEPARTMENT OF SOCIAL SERVICES OF THE CITY OF NEW YORK, 436 U.S. 658 (1978)

20. The above civil right was violated by the following Defendants:

COUNTY OF SAN BERNARDINO

SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

21. THE CONDUCT OF DEFENDANTS CONSPIRING TO COMMIT PERJURY AND OBSTRUCTION OF JUSTICE IS THE RESULT OF A LONGSTANDING PRACTICE OR CUSTOM WHICH CONSTITUTES THE STANDARD OPERATING PROCEDURE OF SAN BERNARDINO COUNTY AND IT'S SHERIFF'S DEPARTMENT.

PLAINTIFF ALICE BROWN FILED THE GOVERNMENT CLAIM FORM ON MARCH 25, 2019. (SEE EXHIBIT B). THE COUNTY OF SAN BERNARDINO DENIED THE CLAIM.

22. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way:

— DENIED JUSTICE DUE TO THE DEFENDANTS' FABRICATED EVIDENCE AND PERJURIOUS DECLARATIONS
— DEFAMATION OF CHARACTER
— LIBEL

## Claim #(3)
(insert Claim#)

23. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your civil rights claim.)*

24. PERJURY 18 U.S.C. § 1621

25. Plaintiff alleges the above claim against the following Defendant(s):

MARKE McCRACKEN

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

26. MARKE McCRACKEN PERJURIED HIMSELF WHEN HE SIGNED HIS DECLARATION DECLARING UNDER PENALTY OF PERJURY THAT THE INFORMATION IS TRUE AND CORRECT WHEN HE KNEW HE WAS LYING. McCRACKEN'S DECLARATION WAS PREPARED BY COUNTY COUNSEL BLAKNEY BOGGS AND IT IS A DELIBERATELY FABRICATED DOCUMENT INTENDED TO DECEIVE THE UNITED STATES DISTRICT COURT JUDGE DALE S. FISCHER.

27. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

- DENIED JUSTICE
- DEFAMATION OF CHARACTER
- LIBEL
- DENIED THE RIGHT TO BE FREE FROM DELIBERATELY FABRICATED EVIDENCE AT TRIAL.    8

Pro Se Clinic Form                    Page Number

## Claim #(4)
<sub>(insert Claim #)</sub>

28. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your civil rights claim.)*

29. OBSTRUCTION OF JUSTICE 18 U.S.C. § 1503

30. Plaintiff alleges the above claim against the following Defendant(s):

COUNTY OF SAN BERNARDINO

SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT

MARKE MCCRACKEN

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

31. THE DEFENDANTS CORRUPTLY OBSTRUCTED THE DUE ADMINISTRATION OF JUSTICE WHEN THEY CONSPIRED TO MALICIOUSLY PREPARE AND FILE FABRICATED EVIDENCE IN THE PLAINTIFF'S CASE AGAINST THEM. ALL DEFENDANTS DENIED PLAINTIFF THE RIGHT TO BE FREE FROM DELIBERATELY FABRICATED EVIDENCE IN HER CIVIL RIGHTS LAWSUIT AGAINST THEM AT THE CENTRAL DISTRICT COURT. CASE NO: EDCV 13-0130 DSF

32. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

- DENIED JUSTICE DUE TO THE DEFENDANTS' FABRICATED EVIDENCE AND PERJURIOUS DECLARATIONS
- DEFAMATION OF CHARACTER
- LIBEL

## Claim #(5)
*(insert Claim#)*

33. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your civil rights claim.)*

34. DEFAMATION – LIBEL TORT CLAIM

35. Plaintiff alleges the above claim against the following Defendant(s):

MARICE McCRACKEN

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

36. MARICE McCRACKEN DID DEFAME PLAINTIFF ALICE BROWN'S CHARACTER WHEN HE MADE LIBELOUS STATEMENTS MALICIOUSLY AND INTENTIONALLY TO DEFRAUD THE JUDGE DALE FISCHER AND POST ON PACER WHICH IS MADE AVAILABLE TO PEOPLE ALL OVER THE COUNTRY AND MAYBE THE WORLD.

37. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:
- DENIED JUSTICE
- DEFAMATION OF CHARACTER
- LIBEL
- JUDGE WAS PREJUDICED AGAINST ALICE BROWN

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

38. CRIMINAL CHARGES OF PERJURY, FRAUD, OBSTRUCTION OF JUSTICE BE BROUGHT AGAINST MARKE McCRACKEN UNDER THE RICO ACT AND UNITED STATES CODES, STATUTES.

39. COMPENSATORY DAMAGES IN THE AMOUNT OF $1,000,000.00 (ONE MILLION DOLLARS)

40. PUNITIVE DAMAGES IN THE AMOUNT OF $1,000,000.00 (ONE MILLION DOLLARS)

Dated: MAY 31, 2019
Sign: Alice Brown
Print Name: ALICE BROWN

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _MAY 31, 2019_
Sign: _Alice Brown_
Print Name: _ALICE BROWN_

JAN 24, 2011

I, Alice Helen Brown, declare that I am Joseph Brown's mother. I hereby give my sister, Barbara Brown permission to take and have custody of Joseph Brown immediately, today January 24, 2011, while there is an active investigation of any alleged child abuse, neglect, or anything regarding me, Joseph or anyone else. Barbara Brown can and will provide room, clothing and food as I do and have for 7 1/2 years. I give Barbara Brown full custody as of today and until revoked.

Alice Brown
ALICE BROWN
PO BOX 5622
SUGARLOAF, CA 92386
(909) 547-6337
(951) 206-8309

A

## CLAIM AGAINST COUNTY OF SAN BERNARDINO
(CLAIM FORM MUST BE FILLED OUT PROPERLY OR CLAIM WILL BE RETURNED WITHOUT FILING)

DATE: MARCH 25, 2019

Claim is hereby made against the treasury of the County of San Bernardino, State of California, as follows:

- Less than $10,000 -- State the total amount claimed $ _____
- X More than $10,000 -- Check one of the boxes:
  - ☐ Municipal Court Jurisdiction ($10,000 - $25,000)
  - X Superior Court Jurisdiction ($25,001 and up)

Claimant makes the following statements in support of the claim:

1. Name of Claimant: ALICE (First) HELEN (Middle) BROWN (Last) (707) 218-6181 (Area Code and Phone No.)

2. Address of Claimant: 751 2ND STREET #60 (Street) CRESCENT CITY, (City) CA 95531 (Zip Code)

   Gender: __ Male  X Female   Date of Birth: 12/21/64   SS#: 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
   ***(The information Requested is Mandatory if Presenting a Claim for Bodily Injury)***

3. Notices concerning claim should be sent to:
   ALICE BROWN 751 2ND ST #60 CRESCENT CITY, CA 95531 (707) 218-6181

4. Circumstances giving rise to claim are as follows: ON SEPTEMBER 30, 2018, DEPUTY SHERIFF MARKE McCRACKEN WITH THE SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT DID DEFAME ALICE BROWN'S CHARACTER IN A DECLARATION OF MARKE McCRACKEN WHERE HE FALSELY DECLARED ALICE BROWN WAS "SCREAMING AND YELLING AT MACKAY" AMONG OTHER FALSE STATEMENTS THEREBY COMMITTING LIBEL AND PERJURY!

5. Date, Time and Place (city, street, cross-street) damage occurred and nature thereof:
   SEPTEMBER 30, 2018 IN SAN BERNARDINO CALIFORNIA
   PERJURY, DEFAMATION OF CHARACTER, LIBEL, CONSPIRACY IN ALL 3 CLAIMS

6. Public property and/or public officers or employees causing injury, damage or loss:
   (1) DEPUTY SHERIFF MARKE McCRACKEN WITH THE SAN BERNARDINO COUNTY SHERIFF (2) SHERIFF'S DEPARTMENT AND (3) THE COUNTY OF SAN BERNARDINO

7. Name, address and telephone number of witnesses: ALICE BROWN (707) 218-6181 751 2ND STREET #60 CRESCENT CITY, CA 95531; JOSEPH BROWN (WARD OF THE STATE) WHEREABOUTS UNKNOWN; BARBARA BROWN (909) 683-5591
   PO BOX 5408 SUGARLOAF, CA 92386

8. Basis of computation of claimed amount is as follows:
   - Medical expenses to date: _____
   - Estimated future medical expenses: _____
   - Other expenses: _____
   - Other damages: PUNITIVE: $1,000,000.00
   - Lost wages: _____
   - General damages: $1,000,000.00
   - Property damage: _____

TOTAL DAMAGES $2,000,000.00 (2 MILLION DOLLARS)

Claimant or Representative (Signature): Alice Brown

**RETURN COMPLETED FORM TO:**
Risk Management Division -- County of San Bernardino, State of California
222 W. Hospitality Lane, 3rd Floor
San Bernardino, CA 92415-0016

Office: (909) 386-8831
Fax: (909) 382-3212

Revised 9-2011

B

**US POSTAGE PAID** $7.35
Origin: 95531
06/01/19
0518780457-03

PRIORITY MAIL 2-Day®

1 Lb 12.00 Oz
1006

EXPECTED DELIVERY DAY: 06/03/19

SHIP TO:
3470 12TH ST
RIVERSIDE CA 92501-3801

C002

USPS TRACKING NUMBER

9505 5102 4352 9152 2525 13

PS00001000014  EP14F Oct 2018  OD: 12 1/2 x 9 1/2

Intake

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN - 3 2019
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

**PRIORITY MAIL**

FROM: ALICE BROWN
751 2ND ST #60
CRESCENT CITY, CA
95531

TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
3470 12th STREET
ROOM 134
RIVERSIDE, CA
92501

Label 228, March 2016  FOR DOMESTIC AND INTERNATIONAL USE